UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHARP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ERNEST DEAN SOEST, et al, <br><br> Defendants. | Case No.: 1:15-cv-01162 --- JLT <br><br> ORDER TO PLAINTIFFS TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED AS TO JANE DOE SOEST; ORDER TO PLAINTIFF TO SEEK DEFAULT AS TO ERNEST DEAN SOEST |

In this action, Plaintiffs claim they suffered damages after an airplane Ernest Dean Soest was towing became separated from the towline and crashed into Plaintiff's property. (Doc. 1-1 at 7-10) On July 26, 2015, Defendants Airborne Global Solutions, Inc., Air Transport Services Group, Inc. and Cargo Aircraft Management, Inc removed the matter to this Court before filing responsive pleadings and before Plaintiffs served Mr. and Mrs. Soest.[1]  (Doc. 4 at 2)

On August 28, 2015, Plaintiffs served Ernest Dean Soest, making his responsive pleading due on September 18, 2015.  (Doc. 20)  However, there is no proof that Plaintiffs have served Jane Doe Soest and neither Soest Defendant has appeared.  Notably, in its order setting the mandatory scheduling conference, the Court advised counsel:

> The Court is unable to conduct a scheduling conference until defendants have been

---

[1] In its order dated August 14, 2015, the Court reminded Plaintiffs of their obligation to make timely service of the summons and complaint on all defendants as required by Fed. R. Civ. P. 4(m). (Doc. 12 at 1, n. 1)

1

served with the summons and complaint. Accordingly, plaintiff(s) shall diligently pursue service of summons and complaint and dismiss those defendants against whom plaintiff(s) will not pursue claims. Plaintiff(s) shall promptly file proofs of service of the summons and complaint so the Court has a record of service. Counsel are referred to F.R.Civ.P., Rule 4 regarding the requirement of timely service of the complaint. Failure to timely serve summons and complaint may result in the imposition of sanctions, including the dismissal of unserved defendants.

(Doc. 9 at 1-2, emphasis added)  Therefore, the Court **ORDERS**,

1. No later than November 6, 2015, Plaintiffs **SHALL** show cause in writing why the matter should not be dismissed as to Jane Doe Soest for their failure to serve her summons and complaint.  Alternatively, by November 6, 2015, Plaintiffs may file proof of service or a request to dismiss this defendant;

2. In addition, by November 6, 2015 Plaintiffs **SHALL** seek default against Ernest Dean Soest or explain why they do not believe this action is proper at this time.

IT IS SO ORDERED.

Dated:   **October 27, 2015**           **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE