1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHARP, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ERNEST DEAN SOEST, et al,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01162 --- JLT<br><br>ORDER CLOSING THE MATTER AS TO AIRBORNE GLOBAL SOLUTIONS, INC. AND AIR TRANSPORT SERVICES GROUP ONLY<br><br>(Doc. 37) |

On December 15, 2015, Plaintiffs and Defendants, Cargo Aircraft Management, Inc., Airborne Global Solutions, Inc. and Air Transport Services Group, Inc., filed a stipulation in which Plaintiffs agree to "discontinue" their claims against Airborne Global Solutions, Inc. and Air Transport Services Group, Inc. (Doc. 37) Notably, only these Defendants have appeared in the action. (Docs. 16, 17)

Rule 41 of the Federal Rules of Civil Procedure, provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required for the dismissal. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Based upon the foregoing, the Court **ORDERS**:

1. The Clerk of Court is **DIRECTED** to close the action as to Airborne Global Solutions,

1

Inc. and Air Transport Services Group, Inc. **ONLY** without prejudice, in light of the stipulation (Doc. 37) filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

   Dated: **December 16, 2015**               **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE