# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHARP, et al., | Case No.: 1:15-cv-01162 JLT |
| Plaintiffs, | ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT ENTERED AGAINST ERNEST DEAN SOEST AKA DEAN SOEST |
| v. | |
| ERNEST DEAN SOEST, et al, | (Doc. 42) |
| Defendants. | |

On December 18, 2015, the Clerk entered default against Ernest Dean Soest, aka Dean Soest (Doc. 40) due to his failure to respond to the complaint. However, now the parties stipulate that the default may be set aside and Mr. Soest allowed until January 15, 2016 to file his responsive pleading. Id. at 2. Thus, good cause appearing, the Court **ORDERS**:

1. The Clerk's entry of default against Ernest Dean Soest, aka Dean Soest, is **SET ASIDE**;

2. Mr. Soest SHALL file his responsive pleading and his written consent or decline to magistrate judge jurisdiction no later than January 15, 2016.

IT IS SO ORDERED.

Dated: **January 6, 2016**             **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE