UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHARP, et al.,<br><br>   Plaintiff,<br><br>   v.<br><br>ERNEST DEAN SOEST, et al.,<br><br>   Defendants. | Case No.: 1:15-cv-01162 - JLT<br><br>ORDER DIRECTING DEFENDANT ERNEST DEAN SOEST TO NOTIFY THE COURT WHETHER HE WILL REPRESENT HIMSELF IN THIS ACTION OR HE WILL BE REPRESENTED BY COUNSEL |

On January 14, 2016, attorney Olaf Landsgaard filed an Answer on behalf of Defendant Ernest Dean Soest. (Doc. 44) Mr. Landsgaard also now appears as the attorney of record and on the Court's docket, who will receive electronic notice. However, the Answer indicates Mr. Soest is an "Attorney in Propria Persona." (*Id.* at 1)

Pursuant to Local Rule 183, "[a]ny individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual." In addition, pro se parties are not permitted to file documents electronically without permission of the assigned judge pursuant to Local Rule 183(c).

Given lack of clarity regarding Mr. Seost's status in this case, the Court **ORDERS**:

1

1. **Within 20 days**, Mr. Seost **SHALL** notify the Court in writing[1] whether he intends to represent himself in this matter or if he intends to proceed with Mr. Landsgaard representing him; and

2. The Clerk of Court is directed to serve this order by mail upon Mr. Soest at the address indicated on the Answer:

> Ernest Dean Soest
> 5251 West Avenue L-4
> Quartz Hill, CA 93536

IT IS SO ORDERED.

Dated: **January 15, 2016**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff should file all documents, including his response to this order, at the Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Room 1501, Fresno, California, 93721.  He may mail his response for filing, but he must do so sufficiently in advance of the deadline so that the Court **receives** it by the deadline.

2