UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHARP, et al., | Case No.: 1:15-cv-01162 JLT |
| Plaintiffs, | ORDER CLOSING THE MATTER AS TO JANE DOE SOEST |
| v. | |
| ERNEST DEAN SOEST, et al, | (Doc. 28) |
| Defendants. | |

On November 5, 2015, Plaintiffs and Defendants, Cargo Aircraft Management, Inc., Airborne Global Solutions, Inc. and Air Transport Services Group, Inc., filed a stipulation in which they agree to dismiss the matter as to Jane Doe Soest. (Doc. 28) Mrs. Soest has not appeared in this action.

Rule 41 of the Federal Rules of Civil Procedure, provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required for the dismissal. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Based upon the foregoing, the Court **ORDERS**:

1. The Clerk of Court is **DIRECTED** to close the action as to Jane Doe Soest **ONLY** without prejudice, in light of the stipulation (Doc. 28) filed and properly signed pursuant to Rule

1

1  41(a)(1)(A)(ii).

3  IT IS SO ORDERED.

4  Dated:  **February 23, 2016**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE