UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHARP, et al., ) | Case No.: 1:15-cv-01162 JLT |
| Plaintiffs, ) | ORDER CONSOLIDATING THE ACTIONS |
| v. ) | |
| ERNEST DEAN SOEST, et al, ) | |
| Defendants. ) | |
| AND RELATED CROSS ACTION ) | |
| DEAN SOEST, ) | Case No.: 1:16-cv-00074 JLT |
| Plaintiff, ) | |
| v. ) | |
| CARGO AIRCRAFT MANAGEMENT INC., et al., ) | |
| Defendants. ) | |
| AND RELATED CROSS ACTION ) | |

  The Court may consolidate actions involving a common question of law or fact, and consolidation is proper when it serves the purposes of judicial economy and convenience. Fed.R.Civ.P. 42(a). The Ninth Circuit explained that the Court "has broad discretion under this rule to consolidate cases pending in the same district." Investors Research Co. v. United States District Court for the

Central District of California, 877 F.2d 777 (9th Cir. 1989). In determining whether to consolidate actions, the Court weighs the interest of judicial convenience against the potential for delay, confusion, and prejudice caused by consolidation. Southwest Marine, Inc., v. Triple A. Mach. Shop, Inc., 720 F. Supp. 805, 807 (N.D. Cal. 1989).

Here, the claims raised in the Soest matter implicate claims for setoff sought by the Soest Defendants in the Sharp matter. Both cases involve similar parties and none of the parties object to consolidation of these matters. Consolidation would serve the purposes of minimizing judicial resources, and the Court anticipates little risk of delay, confusion, or prejudice if the matters are consolidated. Consequently, consolidation is appropriate. See Pierce v. County of Orange, 526 F.3d 1190, 1203 (9th Cir. 2008).

Based upon the foregoing, the Court **ORDERS**:

1. These actions SHALL be consolidated for all purposes, including trial; and
2. The parties are instructed that all future filings SHALL use the caption set forth above in the Sharp matter and SHALL use case number 1:15-cv-01162 JLT.

IT IS SO ORDERED.

Dated:   **February 25, 2016**            **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE