# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHARP, et al., | Case No.: 1:15-cv-01162 JLT |
| Plaintiffs, | ORDER AFTER STATUS CONFERENCE |
| v. | |
| ERNEST DEAN SOEST, et al, | |
| Defendants. | |
| AND RELATED ACTIONS | |

The Court held a status conference on May 20, 2016. At the conference, the Court determined that additional time was needed to complete non-expert discovery. In addition, the Court learned that Mr. Soest intends to dismiss the cross-complaint as to Bravo Air Cargo. Thus, good cause appearing, the Court **ORDERS**:

1. All non-expert discovery **SHALL** be completed no later than **September 16, 2016**;

2. Mr. Soest's SHALL file his notice of voluntary dismissal (or stipulation to dismiss) under Fed.R.Civ.P. 41(a), as to cross-defendant Bravo Air Cargo no later than **June 3, 2016**.

IT IS SO ORDERED.

Dated:   **May 20, 2016**          /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE