1  ANDREW J. HARAKAS, *Pro Hac Vice*
   DEBORAH A. ELSASSER, *Pro Hac Vice*
2  CLYDE & CO US LLP
   405 Lexington Avenue
3  New York, NY 10174
   Telephone: (212) 710-3900
4  Facsimile: (212) 710-3950

5  -and-

6  JOSEPH A. WALSH II, State Bar No. 143694
   CLYDE & CO US LLP
7  4675 MacArthur Court, Suite 500
   Newport Beach, California 92660
8  Telephone: (949) 346-5700
   Facsimile: (949) 346-5719

9
   Attorneys for CARGO AIRCRAFT
10 MANAGEMENT INC.

11                UNITED STATES DISTRICT COURT

12         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

13

| | |
|---|---|
| JON SHARP and PATRICIA SHARP, husband and wife,<br><br>   Plaintiffs,<br><br>   v.<br><br>ERNEST DEAN SOEST aka DEAN SOEST and JANE DOE SOEST, husband and wife; an individual doing business as NATIONAL AIRCRAFT SERVICE; CARGO AIRCRAFT MANAGEMENT, INC.; AIRBORNE GLOBAL SOLUTIONS, INC., a Delaware corporation; AIR TRANSPORT SERVICES GROUP, INC.; DOES 1-20,<br><br>   Defendants. | Case No. 1:15-cv-01162 JLT<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO AMEND CASE SCHEDULE**<br><br>**(Doc. 68)** |
| CARGO AIRCRAFT MANAGEMENT, INC., a Delaware corporation,<br><br>   Cross-Complainant,<br><br>   v.<br><br>ERNEST DEAN SOEST aka DEAN SOEST, and JANE DOE SOEST, husband and wife, individually and doing business as | |

1

**~~Proposed~~ Scheduling Order**

NATIONAL AIRCRAFT SERVICE,

        Cross-Defendants.

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** the case schedule amended as follows:

    1.    Non-Expert discovery completion date:  11/16/16;

    2.    Expert discovery completion date: 12/15/2016.  The parties SHALL disclose experts no later than 10/21/16 and any rebuttal experts by 11/18/16

    3.    Dispositive motion filing deadline: 12/30/16. Dispositive motion hearing deadline: 1/30/17

    4.    Bench Trial: 4/18/2017

**<u>No further amendments of the case schedule are contemplated and the parties are urged to meet the case deadlines set forth here.</u>**

IT IS SO ORDERED.

    Dated:   **September 16, 2016**           **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE