UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHARP, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ERNEST DEAN SOEST, et al.,<br><br>        Defendants.<br><br>AND RELATED ACTIONS | Case No.: 1:15-cv-1162-JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 71) |

On February 8, 2017, the plaintiffs notified the Court that the matter in its entirety has been settled. (Doc. 71) Therefore, the Court **ORDERS**:

1. The stipulation to dismiss the action SHALL be filed no later than April 14, 2017;
2. All pending dates, conferences and hearings are VACATED.

The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.

IT IS SO ORDERED.

    Dated:   **February 9, 2017**            **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE