**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JON SHARP, et al., | Case No.: 1:15-cv-01162- JLT |
| Plaintiffs, | ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |
| v. | |
| ERNEST DEAN SOEST, et al., | (Doc. 73) |
| Defendants. | |
| AND RELATED CROSS-CLAIMS | |

The parties in this action stipulated to dismiss the action with prejudice, "including all claims, cross-claims, and counterclaims stated." (Doc. 73 at 2) Under Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Pursuant to the terms of the stipulation, **IT IS HEREBY ORDERED**:

1. The action is **DISMISSED WITH PREJUDICE**; and
2. The Clerk of Court **IS DIRECTED** to close this action because the stipulation terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **March 13, 2017**                    /s/ Jennifer L. Thurston
                                               UNITED STATES MAGISTRATE JUDGE